United States Bankruptcy Court
Eastern District of Pennsylvania

Chang,
    Plaintiff

Sinojmeri,
    Defendant

Adv. Proc. No. 24-00088-amc

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 20, 2025     Form ID: 245     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | American Steel Contractors LLC, 72 Meadowbrook Rd., Wayne, PA 19087-2511 |
| pla | + | Chia-Hui Chang, 101 Pugh Road, Wayne, PA 19087-5328 |
| dft | + | Ilir Sevi, 72 Meadowbrook Road, Wayne, PA 19087-2511 |
| dft | + | Liljana Sinojmeri, 332 Sugartown Rd., Apt B27, Devon, PA 19333-1352 |
| pla | + | Pai-Chi Tsai, 101 Pugh Road, Wayne, PA 19087-5328 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | ABC Company 1-10 |
| dft | | John Doe 1-10 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 22, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:

**Name**     **Email Address**

JOHN A. GAGLIARDI
    on behalf of Plaintiff Pai-Chi Tsai jgagliardi@wgflaw.com  lfolkert@wgflaw.com

JOHN A. GAGLIARDI
    on behalf of Plaintiff Chia-Hui Chang jgagliardi@wgflaw.com  lfolkert@wgflaw.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 20, 2025 | Form ID: 245 | Total Noticed: 5

MATTHEW R. NAHRGANG
    on behalf of Defendant Ilir Sevi mnahrgang@verizon.net

MATTHEW R. NAHRGANG
    on behalf of Defendant American Steel Contractors LLC mnahrgang@verizon.net

MATTHEW R. NAHRGANG
    on behalf of Defendant Liljana Sinojmeri mnahrgang@verizon.net

PHILLIP D. BERGER
    on behalf of Witness Mario Martinez Aguila berger@bergerlawpc.com kaufmann@bergerlawpc.com

TOTAL: 6

*Form 245* (3/23)−doc 29 − 28

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Liljana Sinojmeri ) | Case No. 24−10899−amc |
| Debtor(s) ) | Chapter 7 |
| ) | |
| Chia−Hui Chang, et al. ) | |
| Plaintiff ) | |
| ) | Adversary No. 24−00088−amc |
| v. ) | |
| ) | |
| Liljana Sinojmeri, et al. ) | |
| Defendant ) | |

## Notice to Take Action

Re:  Doc.# [28] Motion to Quash

The above pleading was filed in this office. Please be advised that the document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ☐ Affidavit
- ☐ Certificate of Service
- ☐ Certification of no response
- ☐ Notice pursuant to Rule 9019
- ☐ Notice pursuant to Rule 2002
- ☐ Notice pursuant to Rule 3007.1
- ☐ Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ☐ Proposed Order
- ☐ Stipulation
- ☐ Certification of Default
- ☒ Other Notice of Motion with a hearing date

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office on or before July 7, 2025. Otherwise, the matter will be referred to the Court.

Date: June 20, 2025

For The Court

Timothy B. McGrath
Clerk of Court