# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LILJANA SINOJMERI, | : | |
| | : | |
| Debtor, | : | Chapter 7 |
| | : | Case No. 24-10899-AMC |
| | : | |
| CHIA-HUI CHANG and PAI-CHI TSAI, | : | |
| | : | Adversary No. 24-00088-AMC |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| LILJANA SINOJMERI, | : | |
| | : | |
| Defendant. | : | |

## AMENDED ORDER

AND NOW, this 12th day of Aug., 2025, upon consideration of the motion of Mario Martinez Aguila to quash subpoena to testify at deposition and subpoena duces tecum, and Plaintiffs' cross-motion: (1) to enforce the subpoena served upon Mario Martinez Aguila dated May 27, 2025, and for fees and costs incurred by Plaintiffs in seeking enforcement of the same; or (2) in the alternative, to grant Plaintiffs leave to conduct discovery pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and upon consideration of any response to such motion or cross-motion, it is hereby ORDERED and DECREED:

1. That the Motion of Mario Martinez Aguila is hereby DENIED in its entirety; and

2. That the Cross-Motion of Plaintiffs GRANTED; and

3. Pursuant to Fed. R. Civ. P. 37(a)(2), Mr. Aguila is ORDERED to appear upon notice of a re-scheduled date and time at the offices of WETZEL GAGLIARDI FETTER &

LAVIN LLC, 122 South Church Street, West Chester, Pennsylvania 19382, for the purpose of his giving deposition testimony; and

4. That one (1) week prior to his deposition, Mr. Aguila shall produce the documents requested in the subpoena served upon him dated May 27, 2025; and

5. Plaintiffs may file and serve on counsel for Mr. Aguila, on or before  Aug. 21, 2025 , an itemization of costs, including reasonable attorney fees, incurred in obtaining the within Order; and

6. If Mr. Aguila objects to the award of costs and/or the amount claimed and/or seek a hearing pursuant to Fed. R. Civ. P. 37(a)(4), he shall, on or before Sept. 4, 2025 , file and serve his opposition and/or objections and/or request for hearing.

BY THE COURT:

_____
ASHELY M. CHAN,
U.S. BANKRUPTCY CHIEF JUDGE

2