**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: LILJANA SINOJMERI** | |
| **DEBTOR** | **Case No. 24-10899-AMC** |
| | **Chapter 7** |
| | |
| **CHIA-HUI CHANG AND PAI-CHI TSAI,** | |
| **PLAINTIFFS** | |
| | **Adversary Proceeding** |
| **v.** | |
| | **No. 24-00088-AMC** |
| **LILJANA SINOJMERI,** | |
| **DEFENDANT** | |

**ORDER**

    AND NOW, this _3rd_ day of _Oct._ . 2025, upon consideration of Non-Party Mario Martinez Aguila's Motion for Protective Order, and any response thereto, it is hereby ORDERED that:

    1.  The Motion is DENIED for the reasons stated on the record.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
Chief United States Bankruptcy Judge