### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LILJANA SINOJMERI, | : | |
| | : | |
| Debtor, | : | Chapter 7 |
| | : | Case No. 24-10899-AMC |
| | : | |
| CHIA-HUI CHANG and PAI-CHI TSAI, | : | |
| | : | Adversary No. 24-00088-AMC |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| LILJANA SINOJMERI, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

AND NOW, this  3rd   day of   October   , 2025, upon consideration of the motion of Mario Martinez Aguila, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, for reconsideration of this Court's Order dated August 12, 2025, and upon consideration of Plaintiffs' response to such motion, it is hereby ORDERED and DECREED that the motion is hereby DENIED in its entirety for the reasons stated on the record.

BY THE COURT:

_____
ASHELY M. CHAN,
U.S. BANKRUPTCY CHIEF JUDGE