IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LILJANA SINOJMERI, | : | |
| | : | |
| Debtor, | : | Chapter 7 |
| | : | Case No. 24-10899-AMC |
| | : | |
| CHIA-HUI CHANG and PAI-CHI TSAI, | : | |
| | : | Adversary No. 24-00088-AMC |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| LILJANA SINOJMERI, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this ____ day of _____, 2025, upon consideration of: (1) Plaintiffs' application for attorney fees and costs dated August 21, 2025 (Case No. 24-00088 ECF 47, 47-1; Case No. 24-00088 ECF 48) (the "Application"), made pursuant to this Court's Order dated August 12, 2025 (Case No. 24-00088 ECF 44), (2) the Objections of Mario Martinez Aguila dated August 26, 2025 (Case No. 24-00088 ECF 50) (the "Objections"), (3) Plaintiffs' reply to such Objections dated September 23, 2025 (Case No. 24-00088 ECF 62), and (4) the hearing held on such Objections of October 1, 2025, it is hereby ORDERED and DECREED:

1. That Plaintiffs' Application is GRANTED in its entirety; and

2. That the Objections of Mario Martinez Aguila are hereby OVERRULED; and

3. Mario Martinez Aguila shall pay the sum of $23,922.50 to Plaintiffs, as and for fees and costs awarded to Plaintiffs pursuant to this Court's Order of August 12, 2025 (Case No. 24-00088 ECF 44).

BY THE COURT:

_____
ASHELY M. CHAN,
U.S. BANKRUPTCY CHIEF JUDGE