------------------------------------------------------------

**IN RE: LILJANA SINOJMERI**
        **Debtor**

**Case No. 24-10899-AMC**
**Chapter 7**

------------------------------------------------------------

**CHIA-HUI CHANG and PAI-CHI TSAI,**
        **Plaintiffs**
        **v.**
**LILJANA SINOJMERI,**
        **Defendant**

**Adversary Proceeding**
**No. 24-00088-AMC**

------------------------------------------------------------

# NOTICE OF APPEAL

## *Pursuant to Fed. R. Bankr. P. 8002 and 8003*

Mario Martinez Aguila ("Appellant"), by and through his undersigned counsel, hereby appeals to the United States District Court for the Eastern District of Pennsylvania from the orders described below.

## PART 1: APPELLANT INFORMATION

Name of Appellant: Mario Martinez Aguila

Status: Non-Party to the above-captioned bankruptcy case and adversary proceeding

## PART 2: JUDGMENT, ORDER, OR DECREE APPEALED FROM

Appellant appeals from the following order entered by Chief Judge Ashely M. Chan:

A. Order Finding Mario Martinez Aguila in Contempt, entered October 9, 2025 [Docket No. 76], which:

    (1) Found Appellant in contempt of this Court's August 12, 2025 Order;
    (2) Imposed coercive sanctions of $500.00 per day until compliance;
    (3) Authorized compensation for Plaintiffs' fees and costs; and
    (4) Retained jurisdiction over Appellant.

Under the merger doctrine recognized in Fed. R. Bankr. P. 8003(a)(4) and Third Circuit precedent, this appeal encompasses and seeks review of all orders that led to or were merged in the October 9, 2025 Order, including:

B. Order Denying Motion for Reconsideration, entered October 3, 2025 [Docket No. 72], which denied Appellant's Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 59(e) of the Court's August 12, 2025 Amended Order;

C. Order Denying Motion for Protective Order, entered October 3, 2025, which denied Appellant's Motion for Protective Order relating to the subpoena discovery;

D. Amended Order, entered August 12, 2025 [Docket No. 68], which:

(1) Granted Plaintiffs' Cross-Motion to Enforce Subpoena against Appellant, a non-party;
(2) Denied Appellant's Motion to Quash Subpoena;
(3) Ordered Appellant to appear for deposition and produce documents; and
(4) Authorized potential award of attorneys' fees and costs against Appellant.

Appeal is taken as of right from the final contempt order under Third Circuit law, *E. Maico Distribs., Inc.*, 658 F.2d 944 (3d Cir. 1981), and, alternatively, interlocutory jurisdiction is sought, if appropriate.


## PART 3: NAMES OF ALL PARTIES

The parties to the orders appealed from and the names and addresses of their attorneys are:

APPELLANT (Non-Party):

Mario Martinez Aguila
c/o Phillip D. Berger, Esquire
Berger Law Group, P.C.
919 Conestoga Road, Building 3, Suite 114
Bryn Mawr, PA 19010
Tel: (610) 668-0774
Email: Berger@BergerLawPC.com

PLAINTIFFS/APPELLEES:

Chia-Hui Chang and Pai-Chi Tsai
c/o Jonathan E. Trexler, Esquire
 224 W 35th St 12th Floor
New York, NY 10001
Tel: (718) 888-7894
Email: jtrexler@jtrexlerlaw.com

c/o John A. Gagliardi, Esquire
122 South Church Street
West Chester, Pennsylvania 19382
Tel: (484) 887-0779
Fax: (484) 887-8763
Email: jgagliardi@wgflaw.com

DEFENDANT:

Liljana Sinojmeri
c/o Matthew R. Nahrgang, Esquire
35 Evansburg Road
Collegeville, PA 19426
Tel: (610) 489-3041
Fax: (610) 489-3042
Email: mnahrgang@verizon.net

## PART 4: APPELLATE FORUM

This appeal is directed to the United States District Court for the Eastern District of Pennsylvania.

## PART 5: SIGNATURE

Dated: October 16, 2025

Respectfully submitted,

**BERGER LAW GROUP, P.C.**

By: *Phillip D. Berger*
Phillip D. Berger, Esquire
919 Conestoga Road, Building 3, Suite 114
Bryn Mawr, PA 19010
Tel: (610) 668-0774
Fax: (610) 668-2800
Email: Berger@BergerLawPC.com
*Counsel for Appellant Mario Martinez Aguila*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LILJANA SINOJMERI, | : | |
| | : | |
| Debtor, | : | Chapter 7 |
| | : | Case No. 24-10899-AMC |
| | : | |
| CHIA-HUI CHANG and PAI-CHI TSAI, | : | |
| | : | Adversary No. 24-00088-AMC |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| LILJANA SINOJMERI, | : | |
| | : | |
| Defendant. | : | |

### ORDER FINDING MARIO MARTINEZ AGUILA IN CONTEMPT

AND NOW, this __9th__ day of __October__, 2025, upon consideration of the motion brought by Plaintiffs (Case No. 24-00088 ECF 56, 56-1, 56-1, 56-3, 56-4, 56-5, 56-6, 56-7, 56-8), pursuant to Fed. R. Civ. P. 45(g), Fed. R. Bankr. P. 9014, 9020, 11 U.S.C. § 105, and the Court's inherent authority, for an order: (1) finding Mario Martinez Aguila ("Aguila") in contempt of this Court's Order dated August 12, 2025 (the "08/12/25 Order"); (2) enforcing the 08/12/25 Order and the subpoena served upon Aguila dated May 27, 2005 (the "Subpoena"); (3) imposing upon Aguila per diem fines until Aguila has complied with the 08/12/25 Order and Subpoena; and (4) requiring Aguila to pay additional fees and costs of Plaintiffs incurred as a consequence of Aguila's non-compliance with the Subpoena and 08/12/25 Order, and upon consideration of Aguila's response to such motion (Case No. 24-00088 ECF 60, 60-1), Plaintiffs' reply in further support of such motion (Case No. 24-00088 ECF 66, 66-1), and the hearing held on such motion of October 1, 2025, proper, timely, adequate, and sufficient notice having been given to Aguila, and this Court having taken such evidence, offers of proof, and arguments of counsel as needed, it is

hereby FOUND and DETERMINED, by clear and convincing evidence, that Aguila had

notice of the 08/12/25 Order; the 08/12/25 Order created, in a clear and unambiguous

way, obligations of Aguila to produce specific documents and to appear at a deposition;

and Aguila failed to comply with such obligations imposed by the 08/12/25 Order; as a result,

Plaintiffs have been harmed. For these reasons, the Court concludes that Aguila's failure to

comply with the provisions of the 08/12/25 Order as set forth herein constitutes contempt of

Court.

    This Order is primarily designed to coerce Aguila to comply with the relief granted to

Plaintiffs in the 08/12/25 Order, but is also designed to compensate Plaintiffs for harm

suffered from non-compliance. Accordingly, the Court ORDERS and DECREES the following:

1. As to coercion, Aguila shall pay $500.00 per day to Plaintiffs on the date of this

   Order and continuing each day until the date Aguila completes all of the following:

   (a) delivers the last of the documents required to be produced to Plaintiffs pursuant to

   the 08/12/25 Order; (b) completes his deposition; and (c) makes full payment to

   Plaintiffs pursuant to this Order.

2. As to compensation: (a) Plaintiffs may file and serve on counsel for Aguila, on or

   before   October 23, 2025  , an itemization of costs, including

   reasonable attorney fees, incurred in obtaining the within Order; (b) If Aguila objects

   to the award of costs and/or the amount claimed, he shall, on or before

     November 7, 2025  , file and serve his opposition and/or objections; and

   (c) Plaintiffs may file and serve a reply to such opposition and/or objections on or

   before   November 22, 2025  .

3.  This Court shall have and retain jurisdiction over Aguila for all purposes relating to

    this Order.

                          BY THE COURT:

                          _____

                          ASHELY M. CHAN,
                          U.S. BANKRUPTCY CHIEF JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LILJANA SINOJMERI, | : | |
| | : | |
| Debtor, | : | Chapter 7 |
| | : | Case No. 24-10899-AMC |
| | : | |
| CHIA-HUI CHANG and PAI-CHI TSAI, | : | |
| | : | Adversary No. 24-00088-AMC |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| LILJANA SINOJMERI, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

AND NOW, this __3rd__ day of ____October____, 2025, upon consideration of the motion of Mario Martinez Aguila, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, for reconsideration of this Court's Order dated August 12, 2025, and upon consideration of Plaintiffs' response to such motion, it is hereby ORDERED and DECREED that the motion is hereby DENIED in its entirety for the reasons stated on the record.

BY THE COURT:

_____
ASHELY M. CHAN,
U.S. BANKRUPTCY CHIEF JUDGE

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LILJANA SINOJMERI
                    DEBTOR

Case No. 24-10899-AMC
Chapter 7

CHIA-HUI CHANG AND PAI-CHI TSAI,
                    PLAINTIFFS

v.

LILJANA SINOJMERI,
                    DEFENDANT

Adversary Proceeding

No. 24-00088-AMC

## ORDER

AND NOW, this  3rd  day of  Oct.  . 2025, upon consideration of Non-Party Mario Martinez Aguila's Motion for Protective Order, and any response thereto, it is hereby ORDERED that:

1. The Motion is DENIED for the reasons stated on the record.

BY THE COURT:

HONORABLE ASHELY M. CHAN
Chief United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| LILJANA SINOJMERI, | : |
| | : |
| Debtor, | : Chapter 7 |
| | : Case No. 24-10899-AMC |
| | : |
| CHIA-HUI CHANG and PAI-CHI TSAI, | : |
| | : Adversary No. 24-00088-AMC |
| Plaintiffs, | : |
| v. | : |
| | : |
| LILJANA SINOJMERI, | : |
| | : |
| Defendant. | : |

## <u>AMENDED ORDER</u>

AND NOW, this <u>12th</u> day of <u>Aug.</u>, 2025, upon consideration of the motion of Mario Martinez Aguila to quash subpoena to testify at deposition and subpoena duces tecum, and Plaintiffs' cross-motion: (1) to enforce the subpoena served upon Mario Martinez Aguila dated May 27, 2025, and for fees and costs incurred by Plaintiffs in seeking enforcement of the same; or (2) in the alternative, to grant Plaintiffs leave to conduct discovery pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and upon consideration of any response to such motion or cross-motion, it is hereby ORDERED and DECREED:

1. That the Motion of Mario Martinez Aguila is hereby DENIED in its entirety; and

2. That the Cross-Motion of Plaintiffs GRANTED; and

3. Pursuant to <u>Fed. R. Civ. P. 37(a)(2)</u>, Mr. Aguila is ORDERED to appear upon notice of a re-scheduled date and time at the offices of WETZEL GAGLIARDI FETTER &

LAVIN LLC, 122 South Church Street, West Chester, Pennsylvania 19382, for the purpose of his giving deposition testimony; and

4. That one (1) week prior to his deposition, Mr. Aguila shall produce the documents requested in the subpoena served upon him dated May 27, 2025; and

5. Plaintiffs may file and serve on counsel for Mr. Aguila, on or before Aug. 21, 2025 , an itemization of costs, including reasonable attorney fees, incurred in obtaining the within Order; and

6. If Mr. Aguila objects to the award of costs and/or the amount claimed and/or seek a hearing pursuant to Fed. R. Civ. P. 37(a)(4), he shall, on or before Sept. 4, 2025 , file and serve his opposition and/or objections and/or request for hearing.

BY THE COURT:

ASHELY M. CHAN,
U.S. BANKRUPTCY CHIEF JUDGE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

**IN RE: LILJANA SINOJMERI**
        **Debtor**

**Case No. 24-10899-AMC**
**Chapter 7**

---

**CHIA-HUI CHANG and PAI-CHI TSAI,**
        **Plaintiffs**
        **v.**
**LILJANA SINOJMERI,**
        **Defendant**

**Adversary Proceeding**
**No. 24-00088-AMC**

---

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, a true and correct copy of this Notice of Appeal was served upon all parties of record via the Court's CM/ECF electronic filing system.

*Phillip D. Berger*
Phillip D. Berger, Esquire