*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Liljana Sinojmeri <br>     Debtor(s) <br><br> Chia−Hui Chang, et al. <br> Plaintiff <br><br> v. <br><br> Liljana Sinojmeri, et al. <br> Defendant | Case No. 24−10899−amc <br> Chapter 7 <br><br><br> Adversary No. 24−00088−amc <br> Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered 8−13−25 & dated 8−12−25, Orders @ Doc. #71 & 72 entered & dated 10−3−25 & Order entered & dated 10−9−25 by the Honorable Ashely M. Chan

Notice of appeal filing fee ☑ paid     ☐ not paid     *Motion to Stay & Motion for Leave to Appeal pending in BKY. Ct. with hearing set for 12-3-25

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: October 17, 2025                    For The Court

                                                                                  Mohung Wong
                                                                                  Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____           Signature: _____
Miscellaneous No._____           Date: _____
Assigned to Judge _____