# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LILJANA SINOJMERI, | : | |
| | : | |
| Debtor, | : | Chapter 7 |
| | : | Case No. 24-10899-AMC |
| | : | |
| CHIA-HUI CHANG and PAI-CHI TSAI, | : | |
| | : | Adversary No. 24-00088-AMC |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| LILJANA SINOJMERI, | : | |
| | : | |
| Defendant. | : | |

## DECLARATION OF JONATHAN T. TREXER, ESQ.
## IN SUPPORT OF PLAINTIFFS' APPLICATION FOR FEES AND COSTS

STATE OF NEW YORK     )
                     ) ss:
COUNTY OF NEW YORK    )

I, Jonathan T. Trexler, pursuant to 28 U.S.C. 1746, being duly sworn, under penalty of perjury, hereby depose and state that the following is true and correct:

1. I am an attorney and partner with the law firm of Trexler & Zhang LLP, and I am assisting Plaintiffs as co-counsel in these proceedings, though I am not appearing as counsel of record for Plaintiffs because I am not licensed in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. My assistance to Plaintiffs has been supervised by Attorney John A. Gagliardi of Wetzel Gagliardi Fetter & Lavin LLC, which is counsel of record for Plaintiffs in this adversary proceeding.

3. I make this declaration in support of Plaintiffs' application for fees and costs as against Mr. Mario Martinez Aguila, and relating to Plaintiffs' motion for contempt, submitted pursuant to the Court's Order dated October 9, 2025. (Case No. 24-00088 ECF 77.)

4. A true and correct copy of my curriculum vitae is submitted herewith as **Exhibit 1**. The hourly rate of Three Hundred Dollars ($300.00), which is being charged to Plaintiffs by Trexler & Zhang LLP, is probably below market, considering the amount of education and experience I have in commercial litigation, construction litigation, commercial fraud, civil discovery, fraudulent transfers, and the other issues that are the subject of the motion at issue.

5. Submitted herewith as **Exhibit 2** is a true and correct copy of a summary of fees incurred and reimbursement sought on behalf of Plaintiffs, and including descriptions of each entry, regarding time spent by me on behalf of Plaintiffs, as necessary to obtain the Court's Order dated October 9, 2025. (Case No. 24-00088 ECF 77.)

6. Each of the entries contained in **Exhibit 2** is true and correct, and reflects attorney fees duly incurred by Plaintiffs' in obtaining the Court's Order dated October 9, 2025, and was necessary in obtaining said Order.

7. Substantially more time was spent by me and by Attorney Yujian Zhang, also a partner of Trexler & Zhang LLP, than is reflected in **Exhibit 2**. Trexler & Zhang LLP has voluntarily foregone billing for additional time spent which is not reflected in **Exhibit 2**, particularly insofar as it has involved becoming familiar with local rules and practices in this Court.

The foregoing is true and correct to the best of my knowledge.

Executed this __22nd__ day of October, 2025.

                                                                                                 /s/ Jonathan T. Trexler
                                                                                                  Jonathan T. Trexler
                                                                                                  Trexler & Zhang LLP
                                                                                                  224 West 35th Street, 12th Floor
                                                                                                  New York, New York 10001
                                                                                                  Tel.: 646-248-8872
                                                                                                  Fax: 866-303-8630
                                                                                                  jtrexler@jtrexlerlaw.com

**EXHIBIT 1**

**JONATHAN T. TREXLER**
TREXLER & ZHANG LLP
224 West 35th Street, 12th Floor
New York, New York 10001
Tel.: 646-248-8872
Fax: 866-303-8630
jtrexler@trexlerzhang.com

**REPRESENTATIVE EXPERIENCE**

- Prevailed at trial as lead counsel for Quebec corporation claiming breach of transnational consulting services contract

- Represented bank in the largest commercial real estate foreclosure in the history of Beltrami County, Minnesota

- Prevailed by summary judgment in action to foreclose mechanic's lien on behalf of construction company

- Prevailed at trial as lead counsel for property owner claiming breach of logging and timber-sale contract

- Obtained a jury verdict at trial as lead counsel for employee of federal agency claiming violations of Title VII by multiple federal agents

- Prevailed at trial as lead counsel on behalf of Chinese limited liability company claiming breach of transnational currency trading contract

- Prevailed in arbitration trial as lead counsel for property owner defending against claims of alleged violations of disclosure obligations in sale of property

- Obtained court order vacating temporary restraining order against corporate officer alleged to have misappropriated corporate assets

- Prevailed against a motion to dismiss a shareholder derivative lawsuit on behalf of minority shareholders claiming waste of corporate assets

- Obtained full voluntary dismissal without payment of any compensation on behalf of property owner of claims brought by a construction company for breach of contract

- Obtained full dismissal upon filing summary judgment motion on behalf of construction company defending against claims brought by property owners for alleged breach of contract and building code violations

- Defeated summary judgment on behalf of federal employee making Title VII claims against the U.S. Government

- Prevailed in motion to quash subpoenas of bank records on behalf of a New York corporation and its shareholders

- Prevailed by summary judgment on behalf of property owners seeking reformation of deed for conveyance of real estate

- Prevailed at trial on behalf of property owner claiming interference with easement rights by adjacent landowner

- Defeated demurrer motion on behalf of property owner claiming breaches of warranty and related claims against construction contractor

- Prevailed in traverse hearing and in contested motion for judgment by default on behalf of Japanese corporation claiming breaches of transnational contract for the sale and importation of metals

- Obtained a judgment by confession for a garment manufacturer for the unpaid purchase price of garments exported from the People's Republic of China, and obtained a full dismissal without payment of compensation of counterclaims alleging defective merchandise

- Obtained a court injunction and order on behalf of the executor of the estate of a deceased person, which required that real property in the People's Republic of China and the rental proceeds thereof be fully disgorged from a third party claiming rights thereto

- Obtained the voluntary dismissal without payment of any compensation of claims alleging premises liability for trip-and-fall injuries, on behalf of a family-owned restaurant

- Prevailed by summary judgment motion on behalf of construction company against claims by insurance carrier seeking reimbursement of insurance proceeds due to lapse of coverage

- Prevailed by summary judgment motion on behalf of bank against claims of mortgagor seeking extinguishment of mortgage deficiency due to alleged waiver and modification of mortgage

- Prevailed on claims of fraud against the supplier of medical devices to be used by the State of California in connection with the COVID-19 pandemic

*ATTORNEY ADVERTISING.*
*PRIOR RESULTS DO NOT GUARANTEE A SIMILAR OUTCOME.*

# EMPLOYMENT HISTORY

**TREXLER & ZHANG LLP,** Manhattan, NY
*Partner,* October 2017-Present

• Resolving the myriad legal needs of Chinese companies and investors doing business in the United States and around the world, including, *inter alia*, litigation, commercial transactions, and regulatory compliance

**TREXLER LAW, P.C.,** Manhattan, NY
*Principal,* May 2014-Present

• Specializing in commercial and employment litigation, corporate and shareholder disputes, international transactions, real estate and construction litigation, and international tax issues

**WONG, WONG & ASSOCIATES, P.C.**, Manhattan, NY
*Associate Attorney*, September 2009-May 2014

• Specialized in representing Chinese and Chinese-American companies doing business in the United States, including litigation, business transactions, and regulatory compliance

• As lead counsel, successfully tried cases in state and federal courts in New York, including both bench and jury trials, conducted depositions, conducted closings of complex and cross- border business transactions, and represented clients in negotiations, arbitrations and mediations

• Practiced in the areas of commercial litigation and business transactions, corporate and partnership law, real estate finance and leasing, employment law, tax and estate planning, tax controversies, estate administration, international trade law, construction litigation

**CARDOZO LAW SCHOOL TAX CLINIC,** Manhattan, NY
*Volunteer Attorney*, Summer 2009

• Assisted Director Carlton Smith in representation of low-income taxpayers involved in IRS audits and controversies before the U.S. Tax Court

**SEVERSON & PORTER, P.A.**, f/k/a **THOMAS & ASSOCIATES, P.A.,** Crosslake, MN
*Associate Attorney*, March 2004-December 2007

• Practiced in the areas of real estate law, corporate and partnership law, construction litigation, municipal and zoning law, commercial litigation, banking law, insolvency

• Represented real estate developers, financial institutions, construction companies, vacation resorts, insurance companies

• As lead counsel, successfully tried civil cases in court and in arbitration, argued appeals, argued dispositive and non-dispositive motions, conducted depositions and other discovery, and argued before various county and municipal boards, councils and commissions

## EDUCATION

**NEW YORK UNIVERSITY SCHOOL OF LAW**, New York, NY
*Master of Laws* (LL.M) in Taxation, May 2009
Activities: Graduate Editor, *New York University Journal of International Law and Politics*

**MITCHELL | HAMLINE SCHOOL OF LAW**, St. Paul, MN
*Juris Doctor* (J.D.), *magna cum laude*, May 2003
Activities:
Managing Editor, *Hamline Law Review*
Concentration: International Law

**GUSTAVUS ADOLPHUS COLLEGE**, St. Peter, MN
*Bachelor of Arts* (B.A.), in International Management and Spanish, May 2000


## PUBLICATIONS

- *Contesting Innocent Spouse Relief: The Intervention Paradox*, TAX NOTES, Jan. 25, 2010

- *Antitrust Policy by Comparative Example: A Conceptual Analysis of Merger Regulation in the United States, Japan and the European Union*, INT'L LAW AND MANAGEMENT REV. 111 (2005)


## COURT ADMISSIONS

New York State
New Jersey State
United States District Court for the Southern District of New York
United States District Court for the Eastern District of New York
United States District Court for the District of New Jersey
United States Court of Appeals for the Eighth Circuit
United States Court of International Trade
United States Tax Court
United States Bankruptcy Court for the Southern District of New York
United States Bankruptcy Court for the Eastern District of New York
United States Bankruptcy Court for the District of New Jersey


## LANGUAGES

English (native)
Spanish (fluent)

**EXHIBIT 2**

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/08/25 | Review correspondence from JGagliardi[1] and client re new letter from PBerger[2] re issues affecting subpoena and compliance with Court order | JTT[3] | $300 | 0.10 | $30.00 |
| 09/08/25 | Research legal authorities on effect of motions to reconsider on enforceability of court order | JTT | $300 | 0.70 | $210.00 |
| 09/08/25 | Draft correspondence to JGagliardi and client re options for handling noncompliance with court order | JTT | $300 | 0.10 | $30.00 |
| 09/08/25 | Draft correspondence to PBerger re deficiencies in compliance with court order and subpoena, contempt of court and obligations to meet and confer; | JTT | $300 | 0.90 | $270.00 |
| 09/08/25 | Followup with client and JGagliardi re proposed letter to PBerger | JTT | $300 | 0.10 | $30.00 |
| 09/08/25 | Additional edits to letter to PBerger re noncompliance with court order, and prepare for dispatch | JTT | $300 | 0.30 | $90.00 |
| 09/08/25 | Draft correspondence to JGagliardi and client re preparation of motion for contempt | JTT | $300 | 0.10 | $30.00 |
| 09/09/25 | Review correspondence from PBerger re MAguila[4] issues with compliance with court order and subpoena | JTT | $300 | 0.10 | $30.00 |
| 09/09/25 | Followup with JGagliardi and client re letter from PBerger and outline of proposed response | JTT | $300 | 0.20 | $60.00 |
| 09/09/25 | Draft correspondence to PBerger responding to letter re compliance with court order, and followup with JGagliardi and client re draft letter | JTT | $300 | 0.30 | $90.00 |
| 09/09/25 | Exchange correspondence with JGagliardi re arrangements for timing of motion for contempt and communications with court re hearing date availability | JTT | $300 | 0.20 | $60.00 |
| 09/09/25 | Finalize letter to PBerger re production of records, and prepare for dispatch | JTT | $300 | 0.20 | $60.00 |

---

[1] John A. Gagliardi, Esq., Wetzel Gagliardi Fetter & Lavin LLC, counsel for Plaintiffs.
[2] Phillip D. Berger, Berger Law Group, P.C., counsel for Mario Martinez Aguila.
[3] Jonathan T. Trexler, Partner, Trexler & Zhang LLP.
[4] Mario Martinez Aguila.

| 09/09/25 | Followup with JGagliardi and clients re final letter to PBerger | JTT | $300 | 0.10 | $30.00 |
|---|---|---|---|---|---|
| 09/09/25 | Begin drafting motion for contempt, and research local rules and procedures governing motion, legal standards for contempt and assessment of penalties, jurisdictional and venue issues, and prior decisions of court on contempt | JTT | $300 | 3.40 | $1,020 |
| 09/10/25 | Continue drafting motion for contempt against MAguila with background information on procedural posture, court order, noncompliance, and communications between counsel proving noncompliance and ripeness of issues | JTT | $300 | 2.80 | $840.00 |
| 09/10/25 | Draft notice of motion and proposed order, and organize exhibits | JTT | $300 | 1.00 | $300.00 |
| 09/10/25 | Draft correspondence to BHanstein[5] re drafts of motion for contempt and arrangements for filing | JTT | $300 | 0.10 | $30.00 |
| 09/10/25 | Continue review and editing of draft motion for contempt, and exchange correspondence with client and BHanstein re new drafts | JTT | $300 | 0.60 | $180.00 |
| 09/11/25 | Review correspondence from BHanstein re proposed edits to draft of contempt motion | JTT | $300 | 0.10 | $30.00 |
| 09/11/25 | Review each edit proposed by BHanstein, and draft correspondence to BHanstein addressing issues raised by proposed edits; | JTT | $300 | 0.70 | $210.00 |
| 09/11/25 | Forward prior order of contempt by Judge Ashely to BHanstein for reference | JTT | $300 | 0.20 | $60.00 |
| 09/11/25 | Review correspondence from JGagliardi re arrangements for filing of motion for contempt | JTT | $300 | 0.10 | $30.00 |
| 09/11/25 | Followup with JGagliardi and clients re plans to revise contempt motion to demonstrate that reply papers filed by MAguila further support contempt | JTT | $300 | 0.10 | $30.00 |
| 09/11/25 | Continue revising contempt motion with additional support based upon false claims made by MAguila to evade compliance with Court Order in reply to motion to reconsider, and review telephone records re allegation as to attempts to contact MAguila | JTT | $300 | 6.60 | $1,980 |

---

[5] Brian K. Hanstein, Esq., Wetzel Gagliardi Fetter & Lavin LLC, counsel for Plaintiffs.

| 09/11/25 | Call from BHanstein re proposed revisions to motion for contempt, and followup with correspondence to counsel and clients re revisions to contempt motion and new exhibit with telephone records | JTT | $300 | 0.40 | $120.00 |
|---|---|---|---|---|---|
| 09/11/25 | Exchange correspondence with JGagliardi re final motion for contempt papers and filing | JTT | $300 | 0.30 | $90.00 |
| 09/15/25 | Review correspondence from JGagliardi and submissions by MAguila in opposition to contempt motion | JTT | $300 | 0.50 | $150.00 |
| 09/19/25 | Exchange correspondence with clients and LFolkert[6] re arrangements for telephone conference to prepare for hearing on motion | JTT | $300 | 0.10 | $30.00 |
| 09/22/25 | Review correspondence from LFolkert and SPapenhausen re arrangements for hearing and for telephone conference to prepare for hearing | JTT | $300 | 0.10 | $30.00 |
| 09/22/25 | Followup with JGagliardi and clients re arrangements for getting permission to file reply in further support of contempt motion | JTT | $300 | 0.10 | $30.00 |
| 09/23/25 | Prepare for and attend telephone conference with counsel and clients in preparation for hearing on motions | JTT | $300 | 0.20 | $60.00 |
| 09/23/25 | Exchange correspondence with LFolkert re permission from court to file reply in further support of contempt motion | JTT | $300 | 0.10 | $30.00 |
| 09/28/25 | Research legal authorities cited by MAguila in opposition to contempt motion, research legal authorities on definition of validity of order for purposes of arguing against contempt motion, substantial compliance and strict compliance standards applied in Third Circuit, willful violation standards and contempt motions, arguments on unclean hands and justification for contempt | JTT | $300 | 2.90 | $870.00 |
| 09/28/25 | Continue review of arguments in opposition to contempt motion by MAguila, and draft reply in further support of motion for contempt with discussion as to arguments on validity, overbreadth, and other collateral attacks on | JTT | $300 | 3.60 | $1,080 |

---

[6] Lisa M. Folkert, Paralegal, Wetzel Gagliardi Fetter & Lavin LLC, counsel for Plaintiffs.

3

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | court order, and arguments as to justification, good faith and unclean hands defenses | | | | |
| 09/28/25 | Revise and edit draft of reply in support of contempt motion and add citations to record on court docket, and prepare additional exhibit to accompany reply | JTT | $300 | 2.00 | $600.00 |
| 09/28/25 | Followup with clients and JGagliardi re draft of reply on motion for contempt, and arrangements for filing | JTT | $300 | 0.10 | $30.00 |
| 09/29/25 | Review correspondence from LFolkert re filing of reply in support of contempt motion | JTT | $300 | 0.10 | $30.00 |
| 09/30/25 | Exchange correspondence with JGagliardi re arrangements for court hearing, and review notices on court docket re hearing | JTT | $300 | 0.20 | $60.00 |
| 10/08/25 | Revise proposed order on contempt motion | JTT | $300 | 0.40 | $120.00 |
| 10/08/25 | Exchange correspondence with clients and JGagliardi re new proposed order of contempt | JTT | $300 | 0.10 | $30.00 |

Total: $9,090.00