UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re | Case No. 24-10899-AMC |
|---|---|
| LILJANA SINOJMERI. | Chapter 7 |
| Debtor. | |
| CHIA-HUI CHANG and PAI-CHI TSAI, | Adv. No. 24-00088-AMC |
| Plaintiffs, | |
| v | |
| LILJANA SINOJMERI, | |
| Defendant. | |

**APPELLANT'S DESIGNATION OF CONTENTS OF REPRODUCED RECORD AND STATEMENT OF ISSUES PRESENTED FOR REVIEW**

Mario Martinez Aguila ("Appellant"), by and through his undersigned counsel, hereby submits the following pursuant to Federal Rule of Bankruptcy Procedure 8009:

**I.    Designation Of Record On Appeal**

Pursuant to Fed. R. Bankr. P. 8009, Appellant Mario Martinez Aguila ("Appellant") hereby designates the following items to be included in the record on appeal, along with any attachments thereto or parts thereof:

| Filing Date | ECF No. | Title |
|---|---|---|
| 1/6/2025 | 16 | Second Amended Complaint to Determine Dischargeability |
| 6/17/2025 | 28 | Motion to Quash Subpoena to Testify at Deposition and Subpoena Duces Tecum |
| 6/20/2025 | 30 | Notice of Motion, Response Deadline and Hearing Date |
| 7/1/25 | 32 | Plaintiffs' Response to Motion to Quash and Cross-Motion |

4484313.1

| Filing Date | ECF No. | Title |
|---|---|---|
| 7/1/2025 | 33 | Plaintiffs' Response to Motion to Quash and Cross-Motion |
| 7/14/2025 | 36 | Mario Martinez Aguila's Reply in Support of His Motion to Quash and in Opposition to Plaintiffs' Cross-Motion to Enforce Subpoena |
| 7/23/2025 | 39 | Plaintiffs' Reply in Further Support of Cross-Motion |
| 8/8/2025 | 42 | Order |
| 8/12/2025 | 44 | Amended Order |
| 8/21/2025 | 46 | Motion for Reconsideration of Amended Order Granting Plaintiffs' Cross-Motion to Enforce Subpoena Denying Motion to Quash, and Authorizing the Potential Award of Attorneys' Fees and Costs to Plaintiffs |
| 8/21/2025 | 47 | Declaration of John A. Gagliardi, Esquire in Support of Plaintiffs' Application for Fees and Costs |
| 8/21/2025 | 48 | Declaration of Jonathan T. Trexler, Esquire in Support of Plaintiffs' Application for Fees and Costs |
| 8/26/2025 | 50 | Objection of Mario Martinez Aguila to Plaintiffs' Application for Attorneys' Fees and Costs and Request for Hearing |
| 9/4/2025 | 53 | Plaintiffs' Response to Motion for Reconsideration |
| 9/11/2025 | 54 | Reply in Support of Motion for Reconsideration |
| 9/11/2025 | 55 | Exhibit A to Reply in Support of Motion for Reconsideration |
| 9/11/2025 | 56 | Plaintiffs' Motion for an Order Holding Mario Martinez Aguila in Contempt |
| 9/12/2025 | 58 | Non-Party Mation Martinez Aguila's Motion for Protective Order |
| 9/15/2025 | 60 | Non-Party Mario Martinez Aguila's Response in Opposition to Plaintiffs' Motion for Contempt |

| Filing Date | ECF No. | Title |
|---|---|---|
| 9/23/2025 | 62 | Plaintiffs' Reply to Objection of Mario Martinez Aguila to Plaintiffs' Fees |
| 9/25/2025 | 63 | Plaintiffs' Response to Motion for Protective Order |
| 9/29/2025 | 66 | Plaintiffs' Reply in Further Support of Motion for Contempt |
| 10/03/2025 | 71 | Order |
| 10/03/2025 | 72 | Order |
| 10/08/2025 | 76 | Proposed Order Finding Mario Martinez Aguila in Contempt |
| 10/09/2025 | 77 | Order Finding Mario Martinez Aguila in Contempt |
| 10/16/2025 | 79 | Notice of Appeal |
| 10/16/2025 | 82 | Motion for Leave to Appeal Interlocutory Orders |
| 10/21/2025 | 87 | Transcript of Motion To Enforce Subpoena; Motion To Quash Subpoena To Testify at Deposition and Subpoena Duces Tecum Filed By Mario Martinez Aguila Before Honorable Ashely M. Chan United States Bankruptcy Court Chief Judge |
| 10/21/2025 | 88 | Transcript of Motion For Protective Order Filed By Mario Martinez Aguila; Objection To Declaration Filed By Plaintiffs Chia-Hui Chang And Pai-Chi Tsai; Objection To Application For Attorney's Fees And Costs Filed By Mario Martinez Aguila; Motion For Contempt Filed By Chia-Hui Chang And Pai-Chi Tsai; Motion To Reconsider (Related Docs Amended Order) Filed By Mario Martinez Aguila Before Honorable Ashely M. Chan United States Bankruptcy Court Chief Judge |

II. **Statement of Issues Presented for Review**

Appellant Mario Martinez Aguila, hereby files the following as his concise statement of matters complained of on appeal pursuant to Fed. R. Bankr. P. 8009:

1. Whether the Bankruptcy Court erred in denying the Motion for Reconsideration where the underlying order compels a non-party to produce five years of construction records from all his LLC entities, regardless of any connection to the debtor or the adversary proceeding, in violation of Fed. R. Civ. P. 45(d)(3)(A) and the heightened protections afforded to non-parties.

2. Whether the Bankruptcy Court failed to apply the heightened protection afforded to non-parties under Federal Rule of Civil Procedure 45(d)(3)(A)(iv) when evaluating the undue burden imposed by the subpoena.

3. Whether the scope of the subpoena violates the proportionality requirements of Fed. R. Civ. P. 26(b)(1) as incorporated by Fed. R. Bankr. P. 7026, particularly as applied to non-parties who lack a direct interest in the litigation.

4. Whether the Bankruptcy Court abused its discretion in authorizing attorneys' fees and contempt sanctions against a non-party who timely objected, engaged in good faith negotiations, and agreed to produce relevant documents before the hearing.

5. Whether the Bankruptcy Court erred in finding that Appellant's corporate documents with dozens of contractors were not confidential or proprietary, requiring disclosure of confidential commercial information under Fed. R. Civ. P. 45(d)(3)(B).

6. Whether civil contempt orders imposing daily coercive sanctions to compel non-party discovery constitute immediately appealable final orders under *Eastern Maico*, or whether they are interlocutory orders requiring leave to appeal under 28 U.S.C. § 158(a)(3).

7. Whether discovery orders compelling production from non-parties in bankruptcy adversary proceedings are immediately appealable as final orders under the

collateral order doctrine, or whether they constitute interlocutory orders requiring leave to appeal under 28 U.S.C. § 158(a)(3).

Dated: <u>October 30, 2025</u>

Respectfully submitted,

**BERGER LAW GROUP, P.C.**

By: _____
Phillip D. Berger, Esquire
919 Conestoga Road, Building 3, Suite 114
Bryn Mawr, PA 19010
Tel: (610) 668-0774
Fax: (610) 668-2800
Email: Berger@BergerLawPC.com
*Counsel for Appellant Mario Martinez Aguila*

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>LILJANA SINOJMERI.<br><br>Debtor. | Case No. 24-10899-AMC<br>Chapter 7 |
| CHIA-HUI CHANG and PAI-CHI TSAI,<br>Plaintiffs,<br>v<br>LILJANA SINOJMERI,<br>Defendant. | Adv. No. 24-00088-AMC |

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, a true and correct copy of the foregoing was served upon all parties of record via the Court's CM/ECF electronic filing system.

_____
Phillip D. Berger, Esquire